FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN BRADFORD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KADLEC REGIONAL MEDICAL CENTER, a Washington corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | No. 4:19-cv-05076-SMJ<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR REMAND TO STATE COURT** |

Before the Court, without oral argument, is Plaintiff Stephen Bradford's Motion to Remand to Superior Court, ECF No. 5. Plaintiff seeks to remand this case back to the Benton County Superior Court, case number 19-2-00648-03, after it was previously removed to this Court. *Id.* at 1. Plaintiff argues remand is required under the Class Action Fairness Act of 2005's mandatory abstention clauses, 28 U.S.C. § 1332(d)(4)(A) and (B), including both the local controversy exception and the home-state controversy exception. *Id.* at 2–4. Defendant Kadlec Regional Medical Center does not oppose the motion. ECF No. 7 at 2. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the motion.

ORDER GRANTING UNOPPOSED MOTION FOR REMAND TO STATE COURT **-** 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Remand to Superior Court, **ECF No. 5**, is **GRANTED**.
2. This case is **REMANDED** to the **Benton County Superior Court**, case number 19-2-00648-03.
3. All parties shall bear their own costs and attorneys' fees, unless a subsequent court rules otherwise.
4. All pending motions are **DENIED AS MOOT**.
5. All hearings and other deadlines are **STRICKEN**.
6. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 6th day of June 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge